IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN WHITEMAN, | § | |
| | § | |
| Defendant Below, | § | No. 48, 2023 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. I.D. Nos. 30901716DI |
| | § | 30604628DI |
| Appellee. | § | |
| | § | |

## ORDER

This 18th day of April 2023, it appears to the Court that on April 3, 2023, the Court entered an order denying the appellant's motion to proceed *in forma pauperis*. The Court ordered the appellant to pay the required filing fee by April 14, 2023, or this appeal would be dismissed without further notice. The appellant has not paid the filing fee as ordered; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice